[916 NYS2d 571]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PIERRE D. COSBY, Appellant. (Appeal No. 2.)

Fourth Department, February 10, 2011

### APPEARANCES OF COUNSEL

*Linda M. Campbell*, Syracuse, for defendant-appellant.

*William J. Fitzpatrick, District Attorney*, Syracuse (*Victoria M. White* of counsel), for respondent.

### OPINION OF THE COURT

CENTRA, J.P.

Same opinion by CENTRA, J.P., as in *People v Cosby* (82 AD3d 63 [2011]).

LINDLEY, SCONIERS, GREEN and GORSKI, JJ., concur.

It is hereby ordered that the order so appealed from is unanimously affirmed.